UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,                        CASE NO: 1:15-cv-06799-AT

      Plaintiff,

vs.

PACHANGA, INC., a New York corporation,
d/b/a FIKA ESPRESSO BAR, and 66 PEARL
STREET HOLDINGS LLC, a New York limited
liability company,

      Defendants.
_____/

## AMENDED NOTICE OF SETTLEMENT

COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, PACHANGA, INC., a New York corporation, d/b/a FIKA ESPRESSO BAR, and 66 PEARL STREET HOLDINGS LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

Dated: This 7th day of April, 2016.

By: /S/ B. Bradley Weitz               By: /S/ Michael K. Chong
    B. Bradley Weitz, Esq.                 Michael K. Chong, Esq.
    THE WEITZ LAW FIRM, P.A.         LAW OFFICES OF
    Bank of America Building              MICHAEL K. CHONG, LLC
    18305 Biscayne Blvd., Suite 214       300 Hudson Street, Suite 10
    Aventura, Florida 33160               Hoboken, NJ 07030
    Telephone: (305) 949-7777           Telephone: (201)-708-6675
    Facsimile: (305) 704-387**7**            Facsimile: (201)-708-6676
    Email: bbw@weitzfirm.com           Email: mkchong@mkclawgroup.com
    *Attorney for Plaintiff*                   *Attorney for Defendant Pachanga, Inc.*

By:  /S/ Eli Raider
    Eli Raider, Esq.
    GOLDBERG WEPRIN FINKEL
    GOLDSTEIN LLP
    1501 Broadway - 22nd Floor
    New York, New York 10036
    Telephone: (212) 221-5700
    Facsimile: (212) 221-6532
    Email: eraider@gwfglaw.com
    *Attorney for Defendant*
    *66 Pearl Street Holdings LLC*

**SO ORDERED:**

_____
Hon. Analisa Torres, U.S.D.J.