```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,

    Plaintiff,

vs.

PACHANGA, INC., a New York corporation,
d/b/a FIKA ESPRESSO BAR, and 66 PEARL
STREET HOLDINGS LLC, a New York limited
liability company,

    Defendants.

CASE NO: 1:15-cv-06799-AT

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, PACHANGA, INC., a New York corporation, d/b/a FIKA ESPRESSO BAR, and 66 PEARL STREET HOLDINGS LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 28th day of June, 2016.

By: _____
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Michael K. Chong, Esq.
LAW OFFICES OF
MICHAEL K. CHONG, LLC
300 Hudson Street, Suite 10
Hoboken, NJ 07030
Telephone: (201)-708-6675
Facsimile: (201)-708-6676
Email: mkchong@mkclawgroup.com
*Attorney for Defendant Pachanga, Inc.*

By: 
Eli Raider, Esq.
GOLDBERG WEPRIN FINKEL
GOLDSTEIN LLP
1501 Broadway - 22nd Floor
New York, New York 10036
Telephone: (212) 221-5700
Facsimile: (212) 221-6532
Email: eraider@gwfglaw.com
*Attorney for Defendant*
*66 Pearl Street Holdings LLC*

SO ORDERED.

Dated: July 14, 2016
    New York, New York

ANALISA TORRES
United States District Judge